UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- x

FRANK SENIOR, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

           Plaintiffs,

           v.

FACET WEALTH, INC.,

           Defendant.

----------------------------------------- x

No.: 1:22-cv-9458

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), FRANK SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, FACET WEALTH, INC., without prejudice and without fees and costs.

Dated: New York, New York
       May 15, 2023

                                            **GOTTLIEB & ASSOCIATES**

                                            _/s/Michael A. LaBollita, Esq._

                                            Michael A. LaBollita, Esq., (ML-9985)
                                            150 East 18th Street, Suite PHR
                                            New York, NY 10003
                                            Phone: (212) 228-9795
                                            Fax: (212) 982-6284
                                            Michael@Gottlieb.legal

                                            _Attorneys for Plaintiffs_

SO ORDERED: 05/16/2023

*[Signature]*

Vernon S. Broderick
United States District Judge