UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

FRANK SENIOR, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

          Plaintiffs,

          v.

FACET WEALTH, INC.,

          Defendant.

------------------------------------- x

No.: 1:22-cv-9458

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), FRANK SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, FACET WEALTH, INC., with prejudice and without fees and costs.

Dated: New York, New York
       May 19, 2023

**GOTTLIEB & ASSOCIATES**

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED: 05/22/2023

_____
United States District Court Judge

The previous Notice of Voluntary Dismissal without prejudice (Doc. 14) is hereby VACATED.